Ernest Kahn, appellee, v. Milton S. Plotke and Irene D. Plotke, appellants. Gen. No. 39,346.

Opinion filed March 21, 1938. Rehearing denied April 4, 1938.

Irwin Grossman, for appellants. Aaron Soble, for appellee; Theodore D. Kahn and Max Chill, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Rose Kramer et al., appellees, v. Safeway Lines, Inc. and Illinois Safeway Lines, Inc., appellants. Gen. No. 39,769.

Opinion filed March 21, 1938.

Wetten, Pegler & Dale, for appellants. Lederer, Livingston, Kahn, Adler & Adsit, for appellees; Archie H. Siegel and Harry H. Kahn, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Benjamin F. J. Odell, appellant, v. Earle G. Wahlgren et al., appellees. Gen. No. 39,820.

Opinion filed March 21, 1938.

Charles Hudson, for appellant. Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellee Earle G. Wahlgren; Henry L. Kohn, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Frank E. Merrill, appellee, v. Eunice M. Merrill, appellant. Foreman-State Trust & Sav. Bank and Charles H. Albers, receiver, codefendants. Gen. No. 39,901.

Opinion filed March 21, 1938.

Foreman, Bluford, Krinsky & Schultz, for appellant; Victor Hedberg, Owen Rall and David C. Kenyon, of counsel. Harry A. Biossat and Edward J. Hess, for appellee.

Mr. Justice McSurely delivered the opinion of the court.